Entered: January 26th, 2022
Signed: January 25th, 2022
**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **20–12793 – NVA**   Chapter: **13**

**Henry F. Beard Jr.**  Case No. 20–12793–NVA
**Debtor**

**U.S. Bank Trust, N.A., as Trustee of the**  Chapter 13
**Bungalow Series IV Trust**

**Movant**

**v.**

**Henry F. Beard, Jr.**

**Respondent**

## ORDER DENYING MOTION
## FOR WANT OF PROSECUTION

Having held a hearing on January 20, 2022, upon the Motion Motion for Relief From Automatic Stay on Real Property Located at 3317 Menlo Drive, Baltimore, MD 21215 filed by U.S. Bank Trust National Association, As Trustee Of The Bungalow Series IV Trust, at which the Movant failed to appear, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforestated motion is denied for want of prosecution, without prejudice.

cc:   Attorney for Movant – Gene Jung, Esq. Debtor
     Attorney for Debtor – Jeffrey M. Sirody, Esq.
     Case Trustee – Gerard Richard Vetter, Esq.

**End of Order**

44x02 (rev. 09/20/1996) – JoyceYalley